

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00524-CV

RUEBEN MENDOZA                                                    APPELLANT

V.

FORT WORTH HOUSING                                               APPELLEES
AUTHORITY AND AMERITEX
SECURITY

----------

### FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Rueben Mendoza filed a pro se notice of appeal on December 28, 2012. On January 2, 2013, we notified Appellant of our concern that we lack jurisdiction over this prematurely filed appeal because no final judgment or appealable order had yet been signed by the trial court,[2] and we stated that his

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. R. App. P. 26.1, 27.1(a).

appeal could be dismissed unless he or any party furnished this court with a signed copy of the order he seeks to appeal by Monday, January 14, 2013.[3] We received no response.

The general rule, with a few exceptions, is that an appeal may be taken only from a final judgment.[4] Interlocutory orders may be appealed only if allowed by statute.[5] Because the trial court has not yet signed an appealable interlocutory order or a final judgment, we dismiss this appeal for want of jurisdiction.[6]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: April 4, 2013

---

[3]*See* Tex. R. App. P. 44.3.

[4]*Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

[5]*Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001).

[6]*See* Tex. R. App. 42.3(a), 43.2(f).